STATE OF LOUISIANA   *   NO. 2024-KA-0194

VERSUS   *   COURT OF APPEAL

JAMES PATTON   *   FOURTH CIRCUIT

       *   STATE OF LOUISIANA

       *

       *

* * * * * * *

**ERVIN-KNOTT, J., CONCURS IN THE RESULT**